UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-62765-CIV-MARTINEZ**

ANGEL FELIZ,

    Plaintiff,

vs.

NPAS, INC,

    Defendant.

_____/

**ORDER REQUIRING PARTIES TO MEET AND FILE
CONFERENCE REPORT AND PROPOSED ORDER AND
DIRECTING PARTIES TO FILE CERTIFICATES OF INTERESTED PARTIES**

THIS MATTER came before the Court upon a *sua sponte* review of the file. To efficiently, expeditiously, and economically resolve this dispute, it is hereby:

ORDERED:

1. Plaintiff shall forward a copy of this Order to all Defendants, upon notice or appearance of defense counsel or *pro se* Defendant.

2. Discovery in this case shall be conducted in accordance with the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, except the deadlines under Local Rules 16.1(d), (e), (h), (j), (k), and (l), may be modified by further order of the Court.

3. **WITHIN TWENTY (20) DAYS OF THE APPEARANCE OF A DEFENDANT**, counsel and *pro se* litigants shall hold a scheduling conference pursuant to Local Rule 16.1(b), with a complete service list containing the name, address, phone number, **fax number,** and party represented by each counsel or *pro se* litigant.

4. Counsel for the parties and *pro se* litigants shall meet <u>in person</u> for a scheduling conference. At this conference, the parties **shall** comply with the agenda set forth in Local Rule 16.1(b) and file a Conference Report. The parties are not required to file a Joint Proposed Scheduling Order at this time.

5. The Conference Report shall include all information required by the eleven

subsections, (A) through (K), of Local Rule 16.1(b)(2). **IN ADDITION TO THE INFORMATION REQUIRED BY THAT RULE, THE REPORT SHALL INCLUDE THE FOLLOWING**: (1) whether the trial will be jury or non-jury; (2) an outline of the legal elements of each claim and defense raised by the pleadings (the parties are advised that this section shall not be a summary of allegations, but should be modeled on pattern substantive jury instructions applicable in this Court); (3) a good faith estimate of the specific dollar valuation of actual damages and other relief at issue; and (4) the need for variance from the discovery limitations imposed by Local Rule and/or the Federal Rules of Civil Procedure, including the grounds supporting the requested variance. In total, the Conference Report shall have fifteen numerical sections containing the above required information (eleven to comply with the Local rule, and four to comply with the additional requirements of this Order). **Unilateral submissions are prohibited**.

6. As part of the Conference Report, the parties shall jointly complete and file with the Court the Magistrate Judge Jurisdiction Election Form appended to this Order as **Attachment A**. The Court will not accept unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree. If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the election form appended to this Order as **Attachment B**.

7. The foregoing information will aid the Court in its management of this case, including the expeditious resolution of any discovery disputes, and help the parties focus on the key issues of the case at an early stage in the proceedings. Accordingly, **the parties' failure to file a Conference Report or otherwise comply with this Order shall result in dismissal, default, or the imposition of other appropriate sanctions, including attorneys' fees and costs, without further notice**.

IT IS FURTHER ORDERED:

8. **The parties are to submit Certificates of Interested Parties and Corporate Disclosure Statements**. The Plaintiff, Defendant, Intervenors, and *Amicus Curiae*, including governmental parties SHALL FILE a Certificate of Interested Persons and Disclosure Statement, which shall contain a **complete** list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including **ALL**

subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. At a minimum, this list should include the parties and any counsel that have appeared in this case. Next to each name should be the reason why such person or entity has a financial interest in the outcome of this case. For example, ABC Law Firm - counsel for Plaintiff XYZ Corporation. Each party shall file the original Certificate by the later of (a) 15 days from the date of this Order; or (b) if a party has not appeared in the case as of the date of this Order, then such party may have until 15 days from the date of such party's initial appearance. Throughout the pendency of this action, the parties shall be under a continuing duty to amend, correct, and update the Certificate. **The parties SHALL NOT include the names of the assigned District Judge and Magistrate Judge, merely by virtue of this case being assigned to them.**

9. Every motion filed in this case shall be accompanied by **one proposed original order** granting the motion.

10. The parties shall be under a continuing duty to ensure the Clerk of the Court is provided with the up-to-date service information.

11. The parties SHALL NOT provide courtesy copies to Chambers, unless requested, in accordance with Local Rule 5.1.C.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of November, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge

All Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62765-CIV-MARTINEZ

ANGEL FELIZ,

    Plaintiff,

vs.

NPAS, INC,

    Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES**
**MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs              Yes _____   No _____
2. Motions for Attorney's Fees    Yes _____   No _____
3. Motions for Sanctions          Yes _____   No _____
4. Motions to Dismiss             Yes _____   No _____
5. Motions for Summary Judgment   Yes _____   No _____
6. Discovery                      Yes _____   No _____
7. Other (specify) _____

_____        _____
(Date)                (Signature--Plaintiff's Counsel)

_____        _____
(Date)                (Signature--Plaintiff's Counsel)

_____        _____
(Date)                (Signature--Defendant's Counsel)

_____        _____
(Date)                (Signature--Defendant's Counsel)

[Attachment A]

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62765-CIV-MARTINEZ

ANGEL FELIZ,

    Plaintiff,

vs.

NPAS, INC,

    Defendant.
_____/

### ELECTION TO JURISDICTION BY A
### UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

| _____ | _____ |
|---|---|
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Plaintiff's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |
| _____ | _____ |
| (Date) | (Signature--Defendant's Counsel) |

[Attachment B]