UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62765-CIV-MARTINEZ/SNOW

ANGEL FELIZ,

       Plaintiff,

v.

NPAS, INC.,

       Defendant.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE

THIS CAUSE is before the Court on the Order Referring Case for Settlement Conference issued by the Honorable Jose E. Martinez. (ECF No. 7) The parties having conferred and presented dates of availability. Therefore, it is hereby

ORDERED AND ADJUDGED that a Settlement Conference in this matter will be held before the undersigned on January 21, 2020 at 1:30 p.m. at the United States Federal Building and Courthouse, 299 E. Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida. The parties shall submit Confidential Settlement Statements no later than January 17, 2020 (see ¶ 3 below).

1. The Settlement Conference shall be attended by all parties, corporate representatives and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this Settlement Conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party. Telephonic attendance is not permitted.

2. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy/policies or the most recent demand, whichever is lower, shall also be present.

3. The parties shall each submit a brief Confidential Settlement Statement of no more than four pages, double-spaced, no attachments, setting forth the party's position on settlement, the results of any settlement negotiations previously held, and any other information that may be helpful. In a case involving a fee-shifting statute, any party seeking fees must include a statement of the amount of fees sought, including the hourly rate and number of hours actually expended to the date of submission. An attorney seeking fees must bring to the conference documentation of actual fees and costs. The failure to include a statement of attorney's fees may result in the undersigned's sua sponte recommendation that sanctions be entered against the party and/or the attorney. The Confidential Settlement Statements shall be submitted via email to snow@flsd.uscourts.gov on or before January 17, 2020.

4. The Settlement Conference will not be continued absent a written motion and a showing of compelling circumstances. Any motion for continuance shall provide dates and times that are available for all parties.

5. In the event this matter settles prior to the scheduled Settlement Conference, the parties shall immediately advise the undersigned's chambers. Written confirmation of a settlement that is signed by all parties shall also be sent to chambers at snow@flsd.uscourts.gov.

6. The parties are notified that the Court does not provide interpreter services in civil cases. In the event that a party or corporate representative does not speak fluent English, that party must arrange for the attendance of an interpreter.

7. Sanctions may be imposed for failure to follow any of the requirements of this Order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of January, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record and/or Pro Se Parties